**JS6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JOSUE HERNANDEZ, individually and on behalf of all others similarly situated,

Plaintiff,

v.

WM WHOLESALE, LLC,

and

AK FUTURES, LLC,

Defendants.

Case No. 8:25-cv-02228-RGK-JDE

~~[PROPOSED]~~ **FINAL JUDGMENT**

JUDGE: HON. R. GARY KLAUSNER

FINAL JUDGMENT CASE NO. 8:25-cv-02228-RGK-JDE

The Court considered Plaintiff Josue Hernandez's Motion for Default Judgement and Attorneys' Fees and Costs (Dkt. No. 36) in the above-entitled action pursuant to Federal Rule of Civil Procedure 55. The Court reviewed all materials submitted in support of the motion. There was no opposition or objections to the motion. After careful consideration, on May 12, 2026, the Court granted in part the Motion for Default Judgement and Attorneys' Fees and Costs (Dkt. No. 38).

The Court hereby enters final judgment as follows:

Pursuant to Federal Rules of Civil Procedure 23(b)(2) and 23(c)(3), 54, 55, and 58, the Court now enters Final Judgment on behalf of the certified Class, defined as follows: All persons nationwide who purchased Defendants' Products on delta8resellers.com from November 21, 2021 through February 1, 2026.[1]

Judgment is entered as to Plaintiff's and the certified Class's claims under the UCL and CLRA, in favor of Plaintiff and the certified Class.

Further, the Court PERMANENTLY RESTRAINS, ENJOINS, and ORDERS Defendants as follows:

1) Defendants are enjoined from claiming that their Cake Products are delta-8, delta-10, or any other hemp derivates with a concentration of delta-9 THC under 0.3% unless they contain less than 0.3% delta-9 THC;

2) Defendants are enjoined from claiming that their Cake Products are 2018 Farm Bill compliant unless they contain less than 0.3% delta-9 THC; and

3) Defendants must remove all existing unlawful Cake Product inventory from the marketplace, whether such Cake Products are being sold directly by Defendant or any of their distributors and/or retailers, no later than July 11, 2026.

---

[1] *See* Dkt. 35 (Order Re: Plaintiff's Motion to Certify Class).

FINAL JUDGMENT CASE NO. 8:25-CV-02228-RGK-JDE                    1

Plaintiff, Josue Hernandez, is awarded $2,000 as a Service Award payable by Defendants;

Smith Krivoshey, PC and Kazerouni Law Group, APC, Class Counsel, are awarded attorney's fees in the amount of $732,030.00, payable by Defendants. In addition, Smith Krivoshey, PC and Kazerouni Law Group, APC, Class Counsel, are also awarded costs in the amount of $118,019.48, payable by Defendants.

The Court will retain jurisdiction of this matter for purposes of enforcing this judgment.

Dated:    **5/28/2026**

Hon. R. Gary Klausner
United States District Judge